UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH K. MASSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:16-cv-00887 |
| ) | JUDGE CRENSHAW |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's Motion for Judgment on the Record be denied, and the Commissioner's decision be affirmed. (Doc. No. 21.) Plaintiff filed timely objections. (Doc. No. 22.) The Court has reviewed the Report and Recommendation, the objections and conducted a de novo review of the record. For the reasons given in the Report and Recommendation, the objections are **OVERRULED**. The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Judgment on the Record (Doc. No. 15) is **DENIED**. The decision of the Commissioner is **AFFIRMED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE